# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN CIPRIANI | ) | CASE NO. 1:08-cv-2665 |
| | ) | |
| on behalf of himself | ) | JUDGE BOYKO |
| and all others similarly situated, | ) | |
| | ) | MAGISTRATE JUDGE VECCHIARELLI |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL AND** |
| vs. | ) | **APPROVING SETTLEMENT** |
| | ) | |
| CLEVELAND UNLIMITED, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

THIS CAUSE having come before the court on the Joint Motion for Approval of Settlement and Stipulation Of Dismissal With Prejudice as to Plaintiff's Complaint, such stipulation including the parties' Joint Stipulation of Settlement and Release, and due cause appearing therefore, it is hereby:

ORDERED AND ADJUDGED as follows:

1. This Court hereby accepts and approves the proposed settlement and holds that proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act; and

2. The above case is hereby DISMISSED WITH PREJUDICE; each party to bear their own attorneys' fees and costs except as otherwise provide by the settlement agreement. All pending deadlines are stricken as moot. This Court shall retain jurisdiction to enforce the parties' settlement agreement.

ORDERED this __14__ day of _____July_____, 2009.

                                                                s/Christopher A. Boyko
                                                                JUDGE BOYKO

**Exhibit 3**